AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11-17-06 |
|---|---|
| NAME OF SERVER *(PRINT)* Bridget Jackson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Chancery Clerk's Office (Deputy Clerk Gloria Jones) Jasper County

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-17-06
_____
Date          Signature of Server

133 Lake Come Rd. Laurel, Ms. 39443
Address of Server

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 2 8 2006
J. T. NOBLIN, CLERK
BY _____ DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.

CASE NUMBER: 2'06cv251KS·MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T. LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS; and JOHN DOES 1-15

TO:  JASPER COUNTY BOARD OF SUPERVISORS
     C/O JASPER COUNTY CHANCERY CLERK
     27 W. 8th Avenue
     BAY SPRINGS, MS 39422

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN
_____
CLERK

_____
(By) DEPUTY CLERK

Nov. 13, 2006
_____
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-17-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Bridget Jackson | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
Chancery Clerk's Office (Deputy Clerk Sharon King)
Jasper County

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11-17-06___     _____Bridget Jackson_____
              Date                    *Signature of Server*

133 Lake Como Rd.
*Address of Server*
Laurel, Ms. 39443

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 28 2006

J. T. NOBLIN, CLERK
BY_____ DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.                              CASE NUMBER: 2:06cv251KS-MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF'S OFFICE; SHERIFF T.
LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug
Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the
Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI;
THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his
officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON
COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER
COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the
Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS;
and JOHN DOES 1-15

TO:   JASPER COUNTY, MISSISSIPPI
      C/O JASPER COUNTY CHANCERY CLERK
      27 W. 8th Avenue
      Bay Springs, MS 39422


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

J. T. NOBLIN                                    Nov. 13, 2006
_____          _____
CLERK                                           DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 11-17-06 |

| | |
|---|---|
| NAME OF SERVER *(PRINT)* Bridget Jackson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
Sheriff Kenneth Cross

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-17-06
　　　　　　　Date

Signature of Server

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

NOV 2 8 2006

J. T. NOBLIN, CLERK

BY_____ DEPUTY

133 LAKE Coma Rd
Address of Server
Laurel, MS, 39440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.

CASE NUMBER: 2:06 CV 251 KS. MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF'S OFFICE; SHERIFF T. LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS; and JOHN DOES 1-15

TO:     JASPER COUNTY SHERIFF'S OFFICE
        C/O JASPER COUNTY CHANCERY CLERK
        27 W. 8th Avenue
        Bay Springs, MS 39422

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 119✝
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN

CLERK

(By) DEPUTY CLERK

Nov. 13, 2016

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-17-06 |

| NAME OF SERVER *(PRINT)* Bridget Jackson | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  Sheriff Kenneth Cross

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-17-06
  Date            Signature of Server

133 Lake Como Rd.
Address of Server
  Laurel, Ms. 39443

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 28 2006
J T NOBLIN, CLERK
BY_____ DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.                                    CASE NUMBER: 2:16 CV 251 KS-MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug
Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the
Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI;
THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his
officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON
COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER
COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the
Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS;
and JOHN DOES 1-15

TO:    SHERIFF KENNETH CROSS
       JASPER COUNTY SHERIFF'S OFFICE
       8th Avenue Courthouse Square
       BAY SPRINGS, MS 39422


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

J. T. NOBLIN                                    Nov. 13, 2016
_____        _____
CLERK                                           DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-17-06 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* Bridget Jackson | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:
Deputy Clerk Sandra Brimson

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11-17-06___     _____
          Date              Signature of Server

133 Lake Como Rd.
Address of Server
Laurel, Ms. 39443

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 2 8 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.                                    CASE NUMBER: 2:06cv251KS-MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug
Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the
Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI;
THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his
officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON
COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER
COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the
Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS;
and JOHN DOES 1-15

TO:  COVINGTON COUNTY BOARD OF SUPERVISORS
     C/O COVINGTON COUNTY CHANCERY CLERK
     101 S. Elm Avenue
     COLLINS, MS 39428

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

J. T. NOBLIN                                    Nov. 13, 2006
CLERK                                           DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11-17-06 |
|---|---|
| NAME OF SERVER *(PRINT)* Bridget Jackson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  Deputy Clerk Gina Graves

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-17-06
                Date          Signature of Server

133 Lake Como Rd.
Address of Server
Laurel, Ms. 39443

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 28 2006

J.T. NOBLIN, CLERK
BY_____ DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.

CASE NUMBER: _2:06cv251 KS-MTP_

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug
Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the
Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI;
THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his
officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON
COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER
COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the
Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS;
and JOHN DOES 1-15

TO:  COVINGTON COUNTY, MS
     C/O COVINGTON COUNTY CHANCERY CLERK
     101 S. Elm Avenue
     COLLINS, MS 39428

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

J. T. NOBLIN

_____
CLERK

_____
(By) DEPUTY CLERK

_Nov. 13, 2006_
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-17-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Bridget Jackson | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    Sheriff's Dept.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11-17-06      _Bridget Jackson_
             Date               Signature of Server

              133 Lake Coma Rd
              Address of Server
              Laurel, MS, 39440

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 2 8 2006

J. T. NOBLIN, CLERK
BY_____DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.                                        CASE NUMBER: 2:06CV251KS-MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug
Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the
Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI;
THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his
officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON
COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER
COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the
Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS;
and JOHN DOES 1-15

TO:    SHERIFF ROGER WOOD SPEED
       COVINGTON COUNTY SHERIFF'S OFFICE
       4th Street
       COLLINS, MS 39428

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

J. T. NOBLIN                                  Nov. 13, 2006
CLERK                                         DATE

(By) DEPUTY CLERK

- AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-17-06 |

| NAME OF SERVER (PRINT) Bridget Jackson | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11-17-06___     _____
            Date              Signature of Server

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

NOV 2 8 2006

J. T. NOBLIN, CLERK
BY_____ DEPUTY

133 Lake Como Rd.
Address of Server
Laurel, Ms. 39443

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.                                    CASE NUMBER: _2:06 W 251KS·MTP_

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF'S OFFICE; SHERIFF T.
LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug
Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the
Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI;
THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his
officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON
COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER
COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the
Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS;
and JOHN DOES 1-15

TO:  COVINGTON COUNTY SHERIFF'S OFFICE
     C/O COVINGTON COUNTY CHANCERY CLERK
     101 S. Elm Avenue
     COLLINS, MS 39428


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

J. T. NOBLIN                                    _Nov. 13 2006_

CLERK                                           DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-17-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Elaine Jackson | Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-17-06
　　　　　　　*Date*

　　　　　　Elana Jackson
　　　　　　*Signature of Server*

133-Lake Como-Rd.
*Address of Server*
Laurel, Ms. 39443

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 2 8 2006

J. T. NOBLIN, CLERK
BY_____ DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.

CASE NUMBER: 2:06cv251 KS-MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T. LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS; and JOHN DOES 1-15

TO: JONES COUNTY BOARD OF SUPERVISORS
C/O JONES COUNTY CHANCERY CLERK
415 N. 5th Avenue
Laurel, MS 39440

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN

_____
CLERK

_____
(By) DEPUTY CLERK

Nov. 13 2006
_____
DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 11-17-06 |

| | |
|---|---|
| NAME OF SERVER *(PRINT)* Elaine Jackson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-17-06
_____
Date

Elaine Jackson
_____
*Signature of Server*

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

NOV 2 8 2006

J. T. NOBLIN, CLERK
BY_____ DEPUTY

133 - Lake Como Rd.
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.

CASE NUMBER: 2:06 cv 251KS-MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug
Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the
Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI;
THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his
officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON
COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER
COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the
Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS;
and JOHN DOES 1-15

TO:     JONES COUNTY, MISSISSIPPI
C/O JONES COUNTY CHANCERY CLERK
415 N. 5th Avenue
Laurel, MS 39440

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

J. T. NOBLIN
_____
CLERK

_____
(By) DEPUTY CLERK

Nov. 13, 2006
_____
DATE

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 11-17-06 | |
| NAME OF SERVER *(PRINT)* Elaine Jackson | **TITLE** Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-17-06
Date

Elaine Jackson
*Signature of Server*

133- Lake Como - Rd.
*Address of Server*
Laurel, Ms. 39443

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

NOV 2 8 2006

J. T. NOBLIN, CLERK
BY_____DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.                                          CASE NUMBER: 2:06 cv 251KS·MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF'S OFFICE; SHERIFF T.
LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug
Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the
Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI;
THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his
officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON
COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER
COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the
Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS;
and JOHN DOES 1-15

TO:     JONES COUNTY SHERIFF'S OFFICE
        C/O JONES COUNTY CHANCERY CLERK
        415 N. 5th Avenue
        Laurel, MS 39440

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

J. T. NOBLIN
CLERK                                       Nov. 13, 2006
                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-17-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Elaine Jackson | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-19-06
Date

Elaine Jackson
*Signature of Server*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 28 2006

J. T. NOBLIN, CLERK

BY_____ DEPUTY

133 - Lake Como Rd
*Address of Server*
Laurel, Ms. 39443

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.

CASE NUMBER: 2:06cv251KS-MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF'S OFFICE; SHERIFF T.
LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug
Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the
Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI;
THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his
officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON
COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER
COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the
Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS;
and JOHN DOES 1-15

TO:   SHERIFF T. LARRY DYKES
      419 Yates Avenue
      Laurel, MS 39440

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

J. T. NOBLIN
_____
CLERK

_____
(By) DEPUTY CLERK

Nov. 13, 2006
_____
DATE