%AO 440 (Rev. 8/01) Summons in a Civil Action

| | | |
|---|---|---|
| | **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[1] | DATE | 11-25-06 |
| NAME OF SERVER *(PRINT)* Bridget Jackson | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-25-06
             Date          Signature of Server

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 28 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

133 Lake Como Rd.
Address of Server
Laurel, Ms. 39443

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.  CASE NUMBER: 2:06cv251KS-MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T. LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS; and JOHN DOES 1-15

TO:  SCOTT SIMS
     Trace Road
     LAUREL, MS 39443

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN
CLERK

(By) DEPUTY CLERK

DATE Nov. 13, 2006

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11-25-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Bridget Jackson | Process Server |

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the defendant. Place where served:

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

- [ ] Returned unexecuted:

- [ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-25-06
             Date                    *Signature of Server*

133 Lake Como Rd.
*Address of Server*
Laurel, Ms. 39443

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 2 8 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

ROBERT DEAN COOLEY
and BLAKE DALTON COOLEY, a minor,
by and through ROBERT DEAN COOLEY, his father and next friend

V.  CASE NUMBER: 2:06cv251KS-MTP

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T. LARRY DYKES, in his officially capacity as the Sheriff of Jones County, and Individually; THE JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; JASON SCOTT SIMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his officially capacity as the Sheriff of Covington County, and Individually; THE COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his officially capacity as the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS; and JOHN DOES 1-15

TO:  ROGER WILLIAMS
     # 2 OLE MISS DRIVE
     LAUREL, MS 39443

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN    Nov. 13, 2006
CLERK           DATE

(By) DEPUTY CLERK