IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ROBERT DEAN COOLEY AND BLAKE DALTON
COOLEY, a minor by and through ROBERT DEAN
COOLEY, his father and next friend                                      PLAINTIFFS

VS.                                                         CAUSE NO. 2:06cv251-KS-MTP

JONES COUNTY, MISSISSIPPI, ET AL

FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This civil action came on for hearing on the motion *ore tenus* of the parties hereto, by their attorneys, moving the Court to dismiss this civil action with prejudice for the reason that a full settlement and compromise has been reached by and between the parties, and because no issues remain to be determined herein, the Court, being fully advised in the premises, is of the opinion that such relief should be granted:

IT, IS THEREFORE, ORDERED AND ADJUDGED that this civil action is hereby dismissed with prejudice with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 11th day of September, 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE